UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| SAMINEH MESBAH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:22-CV-567-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING AGREED** |
| UNIVERSITY OF LOUISVILLE, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal, [R. 43], of each of Plaintiff's claims against the sole defendant in this matter, signed by all parties who have appeared. The Court construes this Agreed Order to be a Stipulation of Dismissal by the plaintiff pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The parties' Agreed Order of Dismissal, [**R. 43**], is **GRANTED**.

2. This matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 18th day of November, 2024.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc:   Counsel of record